# United States Bankruptcy Court
## District of Massachusetts

In re  **Michael J Thibodeau**                              Case No.  **15-12912**
                    Debtor(s)                                Chapter   **13**

## CERTIFICATE OF SERVICE

I hereby certify that on **August 24, 2015**, a copy of **Amended Schedules and Motion to Amend** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**\*Acs/mefa**
C/o Acs
Utica, NY 13501

**\*Acs/us Bank**
C/o Acs
Utica, NY 13501

**\*Bank of America**
Attn: Correspondence Unit/CA6-919-02-41
Po Box 5170
Simi Valley, CA 93062

**\*Green Tree Servicing L**
332 Minnesota St Ste 610
Saint Paul, MN 55101

**\*IRS Deaprtment of Treasury**
P.O. Box 9054
Andover, MA 01810

**\*Southwest Credit Syste**
4120 International Parkway Suite 1100
Carrollton, TX 75007

                                    **/s/ Lamya A. Forghany BBO #**
                                    **Lamya A. Forghany BBO # 675168**
                                    **Forghany Law, P.C.**
                                    **One Canal Street**
                                    **Suite 201**
                                    **Lawrence, MA 01840**
                                    **978-258-0384Fax:978-299-0184**
                                    **Bankruptcy@ForghanyLaw.com**