# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In Re:

Michael J. Thibodeau

Debtor.

Chapter 13
Case No. 15-12912

## DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL

Now comes the above-captioned Debtor, and hereby moves this Honorable Court to enter an Order dismissing this case, pursuant to 11 USC § 1307(b). In support, Debtor states as follows:

1. On July 22, 2015 the Debtor filed a Chapter 13 petition with this Court.
2. The Debtor wishes to voluntary dismiss the Chapter 13 Bankruptcy.

Wherefore, Debtor prays this Court enters an Order dismissing this case without prejudice, pursuant to 11 USC § 1307(b), and grant such further relief deemed just and proper.

Respectfully Submitted,
Michael J. Thibodeau
By his attorney,

Dated: September 19, 20146

/s/ Lamya Forghany
Lamya Forghany, Esq, #BBO 671568
1 Canal Street, Suite 201
Lawrence MA 01840
978-258-0384
bankrutpcy@forghanylaw.com

# UNNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

In Re:

Michael J. Thibodeau

Debtor.

Chapter 13
Case No. 15-12912

## CERTIFICATE OF SERVICE

I, Lamya A. Forghany, Esq, hereby certify that on September 19, 2016, I served a copy of:

## DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL

On the following list of interested parties, and the attached matrix via ECF/CM or first class mail:

**Carolyn Bankowski**
Chapter 13 Trustee

US Trustee

Respectfully Submitted,

Dated: September 19, 2016

/s/ Lamya Forghany
Lamya Forghany, Esq, #CT 28011
1 Canal Street, Suite 201
Lawrence MA 01840
978-258-0384
bankrutpcy@forghanylaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0101-1<br>Case 15-12912<br>District of Massachusetts<br>Boston<br>Mon Sep 19 14:38:21 EDT 2016 | Massachusetts Educational Financing Authorit<br>c/o Melissa C. Donohoe, Esq<br>Welch & Donohoe, LLP<br>655 Summer Street, Suite203<br>Boston, MA 02210-2123 | Wells Fargo Bank, National Association, As T<br>Aldridge Pite, LLP<br>4375 Jutland Drive<br>Suite 200<br>P.O. Box 17933<br>San Diego, CA 92177-7921 |
| Boston<br>U. S. Bankruptcy Court<br>J.W. McCormack Post Office & Court House<br>5 Post Office Square, Suite 1150<br>Boston, MA 02109-3945 | Acs/mefa<br>c/o Acs<br>Utica, NY 13501 | Acs/us Bank<br>co Acs<br>Utica, NY 13501 |
| Bank of America<br>atn: Correspondence Unit<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | Ditech Financial LLC<br>7340 S. Kyrene Rd.<br>Recovery Dept. T120<br>Tempe, AZ 85283-4573 | (c)GREEN TREE SERVICING<br>332 MINNESOTA ST STE E610<br>SAINT PAUL MN 55101-1311 |
| IRS<br>Dept of Treasury<br>PO Box 9054<br>Andover, MA 01810-9054 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Kream and Kream<br>Attorney at Law<br>P.O. Box 890117<br>East Weymouth, MA 02189-0002 |
| MERS / RBS Citizens<br>as Nominee for RBS Citizens NA<br>3300 S.W, 34th Ave Suite 101<br>Ocala, FL 34474-4438 | Marinosci Law Group PC<br>1350 Division Road, Suite 301<br>West Warwick, RI 02893-7552 | Massachusetts Department of Revenue<br>Bankruptcy Unit<br>P.O. Box 9564<br>Boston, MA 02114-9564 |
| Massachusetts Educational Financing Authorit<br>c/o Melissa C. Donohoe<br>Welch & Donohoe, LLP<br>655 Summer Street, Suite 203<br>Boston, MA 02210-2123 | Nation Star<br>General Correspondence<br>8950 Cypress Water Boulevard<br>Coppell, TX 75019-4620 | Nation Star MTG<br>PO Box 650783<br>Dallas, TX 75265-0783 |
| (p)NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Orlans Moran Law<br>PO Box 5041<br>Troy, MI 48007-5041 | Orlans/Moran<br>P.O. Box 540540<br>Waltham, MA 02454-0540 |
| RBS Citizens<br>1000 Lafayette Blvd<br>Bridgeport, CT 06604-4725 | Southwest Credit Sys<br>4120 International Parkway<br>Suite 1100<br>Carrollton, TX 75007-1958 | WELLS FARGO BANK, NATIONAL ASSOCIATION<br>Nationstar Mortgage LLC<br>PO Box 619096<br>Dallas TX 75261-9096 |
| Wells Fargo Home MTG<br>PO Box 6000<br>Fort Mill, SC 29716-1930 | Carolyn Bankowski-13<br>Chapter 13 Trustee Boston<br>P. O. Box 8250<br>Boston, MA 02114-0950 | John Fitzgerald<br>Office of the US Trustee<br>J.W. McCormack Post Office & Courthouse<br>5 Post Office Sq., 10th Fl, Suite 1000<br>Boston, MA 02109-3901 |
| Lamya A. Forghany<br>Forghany Law, P.C.<br>One Canal Street<br>Suite 201<br>Lawrence, MA 01840-1838 | Michael J Thibodeau<br>40 Brook Street<br>Scituate, MA 02066-1334 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Nationstar Mortgage LLC
attn: Bankruptcy
350 Highland Dr
Lewisville, TX 75067

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Green Tree Servicing
332 Minnesota St, Ste 610
Saint Paul, MN 55101

End of Label Matrix
Mailable recipients 28
Bypassed recipients 0
Total 28