UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS (BOSTON)

In re:                                                                 Chapter 13
Michael J. Thibodeau                                         Case No.: 15-12912

    Debtor
_____/

# MOTION OF WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA ALTERNATIVE LOAN TRUST 2005-6 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-6, FOR RELIEF FROM THE AUTOMATIC STAY AND CODEBTOR STAY

    Wells Fargo Bank, National Association, as Trustee for Banc of America Alternative Loan Trust 2005-6 Mortgage Pass-Through Certificates, Series 2005-6 ("Movant"), a creditor in the above captioned Chapter 13 proceeding, moves this Court for an Order pursuant to 11 U.S.C. §362(d) and §1301(c) for relief from the automatic stay of 11 U.S.C. §362(a) and codebtor stay of 11 U.S.C. §1301(a) so that it may foreclosure a Mortgage which it holds on real property known and numbered as 180 Stockbridge Road, Scituate, MA 02066.  In support of its motion, Movant states the following:

    1.    On May 17, 2005, Michael J. Thibodeau ("Debtor"), executed and delivered a Note (the "Note", a copy of which is attached hereto as Exhibit "A") to Bank of America, N.A.  The Note is secured by a Mortgage executed by Debtor and Christine Thibodeau ("Codebtor") also dated May 17, 2005 and recorded in the Plymouth County Registry of Deeds in Book 30541 at Page 327 (the "Mortgage", a copy of which is attached hereto as Exhibit "B"), on real property owned by Debtor and Codebtor and known and numbered as 180 Stockbridge Road, Scituate, MA 02066 (the "Real Property").

    2.    Movant is the current holder of the Mortgage by virtue of an Assignment of Mortgage recorded in the Plymouth County Registry of Deeds on April 22, 2010 in Book 38449 at Page 229 (the "Assignment", a copy of which is attached hereto as Exhibit "C").

    3.    There is no other collateral securing the Note.

09/19/2016 The Motion is moot in light of the dismissal of the Debtor's case. The 09/22/16 hearing is canceled.