**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Michael J Thibodeau<br>Debtor, | Chapter: 13<br>Case No: 15–12912<br>Judge Joan N. Feeney |

### NOTICE OF DISMISSAL UNDER 11 U.S.C. § 109(g)

You are hereby notified that an Order Dismissing the above case pursuant to 11 U.S.C. § 109(g) was entered on 9/19/16 .

Date:10/4/16

By the Court,

Cynthia Young
Deputy Clerk
617–748–5321

107