UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:   Michael J Thibodeau | Chapter: 13 |
| Debtor, | Case No: 15–12912 |
| | Judge Joan N. Feeney |

**ORDER**

The moving party, having served the Motion to Redact on the debtor, any individual whose personal identifiers may have been exposed, the case trustee (if any), and the U.S. trustee, and having identified the information to be redacted, and having filed a redacted version of the current document and paid the required fee, pursuant to FRBP 9037 and MLBR 5003–1(c), the Motion to Redact is hereby granted.

Date:1/25/17

By the Court,

Joan N. Feeney
U.S. Bankruptcy Judge

111 – 110