# Unclaimed Funds

Entered 2/8/2017 to 2/8/2017

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| 11-17341 -jnf  18194946 | Patelco Credit Union  PO Box 8020  Pleasanton, CA 94588  94588 | 180.96 | 02/08/2017 |
| 11-18716 -fjb  19871710 | BOB OJUGBANA  239 NEPONSET VALLEY PARKWAY  HYDE PARK, MA 02136  02136 | 2.00 | 02/08/2017 |
| 11-18794 -jnf  18225627 | First Citizens Federal Credit Union  200 Mill Road, Suite 100  Fairhaven, MA 02719 | 5.05 | 02/08/2017 |
| 11-19154 -jnf  18238646 | Citibank CBSD NA  701 E. 60th St., N  Sioux Falls, SD 57104  57104 | 32.84 | 02/08/2017 |
| 11-20932 -msh  18309954 | IndyMac Bank  PO Box 4045  Kalamazoo, MI 49003  49003 | 5,029.25 | 02/08/2017 |
| 11-21365 -jnf  18326545 | Antoinette Rodney/ Rodney Realty Truste  c/o Davod H Abbott  Simonds, Winslow, Willis & Abbott  50 Congress Street, Suite 295  Boston, MA 02109  02109 | 261.58 | 02/08/2017 |
| 11-21517 -jnf  18347416 | Thornton, Harwood & Weisenburger  PO Box 386  Norwalk, OH 44857  44857 | 29.10 | 02/08/2017 |
| 11-21596 -jnf  18334566 | VERIZON NW E  500 TECHNOLOGY DR. | 212.28 | 02/08/2017 |

|  |  |  |  |
|---|---|---|---|
|  | WELDON SPRING, MO 63304<br>63304 |  |  |
| [12-15343 -msh](#)<br>18704894 | United Credit Recovery<br>P.O. Box 953245<br>Lake Mary, FL 32795<br>32795 | 0.72 | 02/08/2017 |
| [13-16076 -fjb](#)<br>19871732 | REAL TIME RESOLUTIONS<br>1750 REGAL ROW, SUITE 120<br>DALLAS, TX 75235<br>75235 | 1,508.43 | 02/08/2017 |
| [13-16347 -jnf](#)<br>19141528 | Siobhan Stackpole<br>P.O Box 422<br>N. Truro, MA 02652<br>02652 | 952.65 | 02/08/2017 |
| [13-17039 -msh](#)<br>19169451 | First Citizens Fcu<br>200 Mill Rd Ste 100<br>Fairhaven, MA 02719<br>02719 | 0.32 | 02/08/2017 |
| [15-12912 -jnf](#)<br>19871711 | MICHAEL THIBODEAU<br>40 BROOK ST<br>SCITUATE, MA 02066<br>02066 | 52,340.86 | 02/08/2017 |
| [15-14442 -jnf](#)<br>19632672 | First Citizens Federal Credit Union<br>200 Mill Road, Suite 100<br>Fairhaven, MA 02719 | 151.16 | 02/08/2017 |
| [16-10194 -msh](#)<br>19871712 | DAVID BRANTON<br>4 WESTON AVE., #4<br>BRAINTREE, MA 02184<br>02184 | 102.30 | 02/08/2017 |
| [16-10371 -msh](#)<br>19871713 | JOHN FEENEY<br>96 ACADEMY HILL RD<br>BRIGHTON, MA 02135<br>02135 | 1,523.55 | 02/08/2017 |
| [16-10893 -msh](#)<br>19871714 | GAIL EVANS<br>43 BICKNELL RD<br>NO. WEYMOUTH, MA 02191<br>02191 | 1,375.47 | 02/08/2017 |

Case 15-12912    Doc 112    Filed 02/08/17    Entered 02/08/17 11:05:13    Desc Main
                      Document      Page 3 of 3

**Grand Total: 63,708.52**